**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mansour Bighamian,<br><br>        Plaintiff,<br><br>     v.<br><br>KPMG, et al,<br><br>        Defendants. | CV 07-6699-RSWL<br><br>ORDER TO SHOW CAUSE RE: STATUS UPDATE FROM ALL PARTIES |

    The Court orders that all Parties submit a written update advising the Court as to their current counsel of record as well as which claims remain in this action and as to which defendants.

///
///
///
///
///
///

1

1  The parties shall have until June 18, 2010 to
2  respond to this Court in writing.
3
4  DATED: May 18, 2010
5
6  **IT IS SO ORDERED.**
7
8  _____/s/_____
9  **HONORABLE RONALD S.W. LEW**
10 Senior, U.S. District Court Judge

2